JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CORTEZ DOMINGUEZ, | Case No. SA CV 12-0448 CAS (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| UNKNOWN, | |
| Respondent. | |

   IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 12, 2013

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE